IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **CHARLES VAVRA,**<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**HONEYWELL INTERNATIONAL INC., a Delaware corporation, d/b/a HONEYWELL INTELLIGRATED,**<br><br>Defendant - Appellee. | Appeal No. 23-2823<br>From N.D. Ill., Eastern Division<br>Case No. 1:21-cv-06847<br><br><br>**CIRCUIT RULE 3(c)<br>DOCKETING STATEMENT** |

**Statement of Jurisdiction for the United States District Court**

The United States District Court for the Northern District of Illinois, Eastern Division, had jurisdiction over this case because it presents a federal question. Plaintiff-Appellant's federal claim was brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a), and the district court therefore had jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343. The district court had jurisdiction over Plaintiff-Appellant's state-law claims for violation of the Illinois Human Rights Act, 775 ILST § 5/2-101(A), and for wrongful termination, pursuant to 28 U.S.C. § 1367.

**Statement of Jurisdiction for the United States Court of Appeals**

The United States Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 because this is an appeal from a final decision and judgment from the United States District Court for the Northern District of Illinois. R. Doc. 55. The opinion and order was issued, and the judgment was entered, on **August 21, 2023**, R. Doc. 53, 55,

and Plaintiff-Appellant timely appealed on **September 20, 2023**. R. Doc. 56.

Dated: September 27, 2023                           Respectfully submitted,

**Charles Vavra**

By: *s/ James V. F. Dickey*
One of his attorneys

Alec J. Beck (MN #201133)
*Counsel of record*
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4119
beck@parkerdk.com

James V. F. Dickey (MN #393613)
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
(612) 428-7000
james.dickey@umlc.org