# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **CHARLES VAVRA,**<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**HONEYWELL INTERNATIONAL INC., a Delaware corporation, d/b/a HONEYWELL INTELLIGRATED,**<br><br>Defendant - Appellee. | Appeal No. 23-2823<br>From N.D. Ill., Eastern Division<br>Case No. 1:21-cv-06847<br><br><br>**STATEMENT AS TO TRANSCRIPT** |

    Plaintiff-Appellant certifies that the district court did not hold a hearing related to the summary judgment decision on appeal, and so there is no transcript which can be ordered.

Dated: October 4, 2023　　　　　　　　　　Respectfully submitted,

                                                            **Charles Vavra**

                                                            By: *s/ James V. F. Dickey*
                                                             One of his attorneys

Alec J. Beck (MN #201133)
*Counsel of record*
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4119
beck@parkerdk.com

James V. F. Dickey (MN #393613)
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300

Golden Valley, MN 55426
(612) 428-7000
james.dickey@umlc.org