No. 23-2823

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHARLES VAVRA,
    Plaintiff-Appellant,

v.

HONEYWELL INTERNATIONAL, INC.,
    Defendant-Appellee.

On Appeal from the United States District Court
for the Northern District of Illinois

MOTION BY THE EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION TO FILE AMICUS CURIAE BRIEF OUT OF TIME

The Equal Employment Opportunity Commission (EEOC) respectfully requests this Court's leave to file an amicus curiae brief out of time, pursuant to Federal Rule of Appellate Procedure 29(a)(6). In support of this motion, the EEOC states as follows:

    1.    Congress charged the Equal Employment Opportunity Commission (EEOC) with administering and enforcing Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*

2. At issue in this case is whether unconscious bias trainings are inherently discriminatory and, if not, whether an employee must present evidence to demonstrate a reasonable basis for believing that a particular training was discriminatory based on its design, its execution, or other circumstances. Due to its substantial interest in employers' use of anti-discrimination trainings, the EEOC wishes to offer its views to this Court by filing an amicus curiae brief. As a federal government agency, the EEOC ordinarily is entitled to participate on appeal as amicus curiae without the parties' consent or leave of court. *See* Fed. R. App. P. 29(a)(2).

3. The EEOC's amicus curiae brief does not support either party. Therefore, the amicus brief was due no later than 7 days after Plaintiff-Appellant's principal brief was filed. *See* Fed. R. App. P. 29(a)(6).

4. Because the EEOC did not file its amicus curiae brief within that timeframe, Defendant-Appellee will not have an opportunity to respond to the EEOC's argument. However, Counsel for Defendant-Appellee represents that Defendant-Appellee does not oppose the EEOC's motion.

5. The undersigned counsel sought consent from Counsel for Plaintiff-Appellant on the morning on February 6. As of the time of filing,

in the evening of February 6, the undersigned counsel has not received a response from counsel for Plaintiff-Appellant.

6. Should the Court grant this motion and accept the EEOC's filing, the EEOC will have filed its amicus brief on February 6, 2024, which is within 7 days of the filing of Defendant-Appellees' principal brief (filed on January 30, 2024). The EEOC's filing will allow Plaintiff-Appellant time to respond to the EEOC's argument, and Plaintiff-Appellant therefore would not be prejudiced by the EEOC's filing date. *Cf.* Fed. R. App. P. 29(a)(6) (requiring that, should amicus curiae file a brief in support of a particular party, the brief must be filed within 7 days of the filing of the principal brief of that party).

Accordingly, the EEOC respectfully requests that this Court grant this motion for leave to file an amicus curiae brief out of time and accept the accompanying brief for filing.

    Respectfully submitted,

    KARLA GILBRIDE
    Acting General Counsel

    JENNIFER S. GOLDSTEIN
    Associate General Counsel

                          DARA S. SMITH
                          Assistant General Counsel

                          <u>s/ *Tara Patel*</u>
                          TARA PATEL
                          Attorney
                          EQUAL EMPLOYMENT
                          OPPORTUNITY COMMISSION
                          Office of General Counsel
                          131 M St. N.E., 5th Floor
                          Washington, D.C. 20507
                          202-921-2770
                          tara.patel@eeoc.gov

February 6, 2024

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 415 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Book Antiqua 14 point.

                             s/*Tara Patel*
                             TARA PATEL
                             Attorney
                             EQUAL EMPLOYMENT
                             OPPORTUNITY COMMISSION
                             Office of General Counsel
                             131 M St. N.E., 5th Floor
                             Washington, D.C. 20507
                             202-921-2770
                             tara.patel@eeoc.gov

February 6, 2024

# CERTIFICATE OF SERVICE

I certify that on February 6, 2024, I electronically filed the foregoing motion in PDF format with the Clerk of Court via the appellate CM/ECF system. I certify that all counsel of record are registered CM/ECF users, and service will be accomplished via the appellate CM/ECF system.

s/*Tara Patel*
TARA PATEL
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
tara.patel@eeoc.gov
