

February 15, 2024

Office of the Clerk
Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

**Re:**   ***Charles Vavra v. Honeywell International, Inc.*; No. 23-2823**

Dear Clerk of Court:

Counsel for Plaintiff-Appellant Charles Vavra are not available for oral argument on the following dates relevant to the Court's oral argument calendars:

- April 2-5, 8-11, 15-19, 2024
- May 13-17, 28-31, 2024
- July 9-10, 2024.

In the event availability changes again on these dates or on others, we will promptly update this notice.

Very truly yours,

James V. F. Dickey
james.dickey@umlc.org