**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

155 N. Wacker Drive
Suite 4300
Chicago, IL 60606
Telephone: 312-558-1220
Facsimile:  312-807-3619
www.ogletree.com

# Ogletree Deakins

Sam Sedaei
(312) 558-3024
sam.sedaei@ogletree.com

February 20, 2024

**E-File**

Office of the Clerk
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
Everett McKinley Dirksen, United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    **RE:**  Charles Vavra v. Honeywell International, Inc., Case No. 23-2823

To Office of the Clerk:

This letter is to inform you that Appellee is **unavailable** for oral argument in the above-referenced case on the following dates:

March 1, 4, 6, 11-24, 27-29, 2024

April 1, 15, 19-24, 29-30, 2024

May 1, 6-8, 23, 29, 2024

June 3, 14-21, 2024

July 1-2, 11-12, 31, 2024

Please contact me with any questions. Thank you.

                                         Sincerely,

                                         Sam Sedaei

SS:bw

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington