No. 23-2823

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

CHARLES VAVRA,
     Plaintiff-Appellant,

v.

HONEYWELL INTERNATIONAL, INC., a Delaware corporation d/b/a
HONEYWELL INTELLIGRATED,
     Defendant-Appellee.

On Appeal from the United States District Court
for the Northern District of Illinois, the Eastern Division
Case No. 21-cv-06847
The Honorable Jorge L. Alonso

**Appellant's Motion to File an Oversized Brief or for Leave to
Modify the Reply Brief to Comply with Cir. R. 32(c)**

Appellant Charles Vavra, by undersigned counsel, respectfully moves this
Court for permission to exceed the type-volume limitations set forth in Circuit Rule
32(c) by 108 words in Appellant's reply brief. In the alternative, Appellant
respectfully requests leave to modify the reply brief to conform to the type-volume
limitations and asks the Court to accept the late filing. The reasons for this request
are set forth in the attached declaration. Appellant's alternative reply brief that fully
conforms with Circuit Rule 32(c) is also attached.

Dated:  March 1, 2024

/s/ Alec J. Beck
Alec J. Beck (MN #201133)
*Counsel of record*
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4119
beck@parkerdk.com

James V. F. Dickey (MN #393613)
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Blvd., Suite 300
Golden Valley, Minnesota 55426
james.dickey@umlc.org
(612) 428-7000

*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

1.     This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this document contains 423 words.

2.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word Version 2401 in Times New Roman font, 14-point.

3.     The motion and attachments have been scanned for viruses and are virus free.

Dated:  March 1, 2024         _/s/ Alec J. Beck_____
Alec J. Beck (MN #201133)
*Counsel of record*
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4119
beck@parkerdk.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I electronically filed the within motion and attachments with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

Dated: March 1, 2024         */s/ Alec J. Beck*

Alec J. Beck (MN #201133)
*Counsel of record*
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4119
beck@parkerdk.com