No. 23-2823

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHARLES VAVRA,
    Plaintiff-Appellant,

v.

HONEYWELL INTERNATIONAL, INC.,
    Defendant-Appellee.

On Appeal from the United States District Court
For the Northern District of Illinois,
Case No. 21-cv-06847
The Honorable Jorge L. Alonso

**Declaration of Alec J. Beck in Support of Appellant's Motion**

I, Alec J. Beck, declare as follows:

1. I am an attorney for the Plaintiff-Appellant in this action. I make this declaration on personal knowledge, in support of Appellant's Motion to File an Oversized Brief or for Leave to Modify the Reply Brief to Comply with Cir. R. 32(c).

2. On February 27, 2024, I filed a reply brief on behalf of the Appellant in this case.

3. In filing, I mistakenly certified that the reply brief contained 7,299 words when excluding the parts of the document exempted by Fed. R. App. P. 32(f).

4. The correct and true amount of words in the reply brief, excluding the parts of the document exempted by Fed. R. App. P. 32(f) is 7,108 words.

1

5.      The correct amount of words still exceeds the type-volume limitations for a reply brief in Cir. R. 32(c).

6.      My client had nothing to do with this error and I ask that the Court not penalize my client by refusing to consider the legal arguments in the reply brief. I believe these legal arguments are important for the Court to consider in deciding my client's case.

7.      I ask the Court to grant Appellant's Motion to File an Oversized Brief and accept the brief as submitted, with an understanding that it contains 7,108 words.

8.      In the alternative, I ask the Court for Leave to Modify the Reply Brief to Comply with Cir. R. 32(c) and to accept the late filing.

9.      Attached is the alternative reply brief that fully complies with Cir. R. 32(c). I made as few changes as possible to get this brief under the word count, and the substance is nearly identical to Appellant's original reply brief.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746(2). Executed on March 1, 2024.

Dated: March 1, 2024

/s/ Alec J. Beck
Alec J. Beck (MN #201133)
*Counsel of record*
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4119
beck@parkerdk.com