# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

March 4, 2024

*By the Court*:

| No. 23-2823 | CHARLES VAVRA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br>　　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:21-cv-06847<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso | |

Upon consideration of the **APPELLANT'S MOTION TO FILE AN OVERSIZED BRIEF OR FOR LEAVE TO MODIFY THE REPLY BRIEF TO COMPLY WITH CIR. R. 32(c),** filed on March 1, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the clerk shall file **INSTANTER** the appellant's tendered, compliant reply brief.

form name: **c7_InstanterOrderFiled**　　(form ID: **123**)