# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 10, 2024

*Before*

**MICHAEL Y. SCUDDER**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*

| | |
|---|---|
| No. 23-2823 | CHARLES VAVRA,<br>   Plaintiff - Appellant<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br>   Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-06847<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature: Christopher Conway]*

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)