# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 1, 2024

To: Thomas G. Bruton
   UNITED STATES DISTRICT COURT
   Northern District of Illinois
   Chicago, IL 60604-0000

|  |  |
|---|---|
| No. 23-2823 | CHARLES VAVRA, <br>    Plaintiff - Appellant <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br>    Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-06847 <br> Northern District of Illinois, Eastern Division <br> District Judge Jorge L. Alonso ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:　　　　　　　　　　　No record to be returned

form name: **c7_Mandate**　　(form ID: **135**)